UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-01804-FMC-JWJx | Date | July 28, 2008 |
|---|---|---|---|
| Title | NIC Insurance Company v. Joseph P Shiue et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER |
|---|---|

| Alicia Mamer | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE: PROPER JOINDER OF DEFENDANTS (In Chambers)

On April 2 2008, Plaintiff NIC Insurance Company ("NIC") filed its operative complaint in the above-referenced case, seeking a declaratory judgment that it has no duty to defend its insureds, Defendants Joseph P. Shiue ('Shiue") and Ping Hua Insurance Services, Inc. ("Ping Hua"), in a pending state court action filed by Mar, LLC, and Jean Mar Management, Inc.  NIC also seeks repayment of all costs expended in defending its insureds to date.

In addition to Shiue and Ping Hua, NIC's Complaint names the state-court Plaintiffs, Mar, LLC, and Jean Mar Management, Inc., as additional Defendants.  Because these entities appear to have no relationship to the coverage dispute between NIC and its insureds, the Court questions whether they are properly joined as parties to this litigation.  NIC is hereby ORDERED to show cause, in writing, on or before **August 11, 2008**, why the Mar entities should remain as party-Defendants.  Failure to timely respond shall result in the dismissal of said Defendants.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |